■ In the Matter of RAYMOND SHANLEY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [10 NYS3d 475]—Order of suspension entered. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed May 14, 2015.)

■ In the Matter of JAMES M. KERNAN, for Reinstatement to the Practice of Law in the State of New York. [10 NYS3d 475]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed May 8, 2015.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY AYRHART, Appellant. [9 NYS3d 914]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL STOKES, Appellant. [9 NYS3d 914]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Lindley, Valentino, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERROD CARTER, Appellant. [9 NYS3d 915]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ROSS, Appellant. [9 NYS3d 915]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVAN DARK, Also Known as MIKE, Appellant. [9 NYS3d 915]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley, Valentino and DeJoseph, JJ.

■ In the Matter of ZINETA AVDIC, Appellant-Respondent, v RAFIK AVDIC, Respondent-Appellant. In the Matter of RAFIK AVDIC, Respondent-Appellant, v ZINETA AVDIC, Appellant-Respondent. SUSAN B. MARRIS, ESQ., Attorney for the Child, Appellant-Respondent. (Appeal No. 1.) [9 NYS3d 916]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.